**DISMISS; and Opinion Filed November 3, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01282-CR

**LARRY TOLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F04-73841-L**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Bridges

After Larry Toles pleaded guilty to burglary of a habitation, the trial court deferred adjudicating guilt, placed appellant on three years' community supervision, and assessed a $2,000 fine. The State moved to adjudicate guilt, but by order dated August 17, 2015, the trial court denied the motion and continued appellant on community supervision. Appellant filed a pro se notice of appeal from the August 17, 2015 order. The order continuing appellant on community supervision is not an appealable order. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). We dismiss the appeal for want of jurisdiction.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

151282F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LARRY TOLES, Appellant

No. 05-15-01282-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F04-73841-L.
Opinion delivered by Justice Bridges,
Justices Francis and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 3rd day of November, 2015.